UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CARL ENGLAND** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-0961** |
| **WARDEN BURL CAIN** | **SECTION "F"(4)** |

## ORDER AND REASONS

The petitioner, Carl England, has filed a **Motion to Supplement the Record (Rec. Doc. No. 3)** seeking leave to file copies of documents related to his pursuit of state court record and other documents to "fulfill[] this Court's request for certain documents to appropriately determine exhaustion and due diligence." The Court at no time "requested" or ordered England to submit any such documents. England should refrain from misrepresentations of the record.

The only briefing order issued by this Court was that made to the respondent through the State Attorney General and the District Attorney for St. Tammany Parish to respond to England's petition and provide certified copies of the state court records. England, on the other hand, has already burdened this Court's record with approximately 270 pages of uncertified copies of various state court pleadings and other documents. He seeks now to present another 70 pages of documents of a similar kind. The State has not yet had the opportunity to file its response and the certified state court records. The Court therefore is unable at this time to compare and consider the duplicity, accuracy, and relevance of England's proposed exhibits.

Nevertheless, affording England every benefit, the Court will allow the exhibits to be placed into the record and will consider the documents if necessary and appropriate in its review of England's petition. However, England is advised and warned that this Court's review will be guided by the certified copies of the state court records and is by law limited to those exhibits and pleadings

that were before the state courts in addressing his claims. *See Cullen v. Pinholster*, __ U.S. __, 131 S. Ct. 1388, 1400 (2011); *Blue v. Thaler*, 665 F.3d 647, 656 (5th Cir. 2011).  England need not submit any further exhibits unless ordered to do so by this Court.  Accordingly,

**IT IS ORDERED** that England's **Motion to Supplement the Record (Rec. Doc. No. 3)** is **GRANTED** and the exhibits attached to the motion be filed into the record and docketed as "Plaintiff's Supplemental Exhibits."

New Orleans, Louisiana, this  16th  day of April, 2015.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**