UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARL ENGLAND                                          CIVIL ACTION

VERSUS                                                NO.  15-0961

WARDEN BURL CAIN                                      SECTION  "F"(4)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Carl England's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 14th day of ____ October ___, 2015.

UNITED STATES DISTRICT JUDGE